# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARGARET PULLEN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 71765

**FILED**

JAN 23 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on November 22, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. After appellant advised the court of her change of address, a second notice was sent on or about December 12, 2016. To date, appellant has not paid the filing fee. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brown*

cc: Hon. Connie J. Steinheimer, District Judge
Margaret Pullen
Washoe County District Attorney/Civil Division
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-02358